```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

```
ADRIENNE L. CREAGH,                )
on behalf of herself and all       )
others similarly situated,         )
                                   )
     Plaintiff,                    )
                                   )
vs.                                )  No. 2:09-cv-02493-JPM-tmp
                                   )
KATT WORLDWIDE LOGISTICS, INC.,    )
a/k/a ASAP STAFFING,               )
                                   )
     Defendant.                    )
```

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 23, 2010 the Court referred Defendant's First Motion to Compel (Docket Entry ("D.E.") 16) to the Magistrate Judge for report and recommendation (D.E. 19). The Magistrate Judge issued a report and recommendation on May 10, 2010.[1] (D.E. 20.) The time for filing objections has expired. See Fed. R. Civ. P. 72. Upon de novo review, the Court ADOPTS the report and recommendation in its entirety. Plaintiff is ORDERED to fully respond to Defendant's Second Set of Interrogatories and Second Request for Production of Documents within fifteen (15) days of the entry of this order. After Defendant reschedules Plaintiff's deposition, Plaintiff shall appear for her

---

[1] Although the report and recommendation was styled as an order and the relief nominally awarded was non-dispositive, the Court referred the motion for report and recommendation, not for determination. (D.E. 19.)

deposition in accordance with Defendant's notice.  The Court DENIES Defendant's request for sanctions contained in its First Motion to Compel, but Plaintiff is WARNED that failure to comply with the Court's orders or to cooperate in discovery may result in the imposition of sanctions, including dismissal of her case with prejudice.

    IT IS SO ORDERED this 10th day of June, 2010.

                                          /s/ Jon P. McCalla_____
                                          JON P. McCALLA
                                          CHIEF U.S. DISTRICT JUDGE